# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CENTRAL MILLING, INC., | ) | |
| Plaintiff, | ) | 8:08CV423 |
| vs. | ) | ORDER |
| DAVID HUTCHINSON, | ) | |
| Defendant. | ) | |

This matter is before the court after a planning conference with counsel for the parties held on March 31, 2009. After discussion with counsel,

**IT IS ORDERED:**

1. The plaintiff shall have until **on or before April 10, 2009**, to file an amended complaint to add new parties. The plaintiff shall serve any new party forthwith.

2. The defendant David Hutchinson shall have until **on or before April 30, 2009**, to file an answer to the amended complaint.

3. A telephone conference with the undersigned magistrate judge will be held on **May 21, 2009, at 9:00 a.m. Central Daylight Time** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the call. (At the request of the parties, the conference may be held in chambers).

DATED this 1st day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge