IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CENTRAL MILLING, INC., | ) | Case No. 8:08 CV 423 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| DAVID HUTCHINSON, SUSAN | ) | |
| HUTCHINSON, LEONARD MOSHER, | ) | |
| MOSHER PRODUCTS, INC. and | ) | |
| SERVICE COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

      This matter comes on for hearing on Defendant David Hutchinson's Motion to Dismiss David Hutchinson's Counterclaim with Prejudice.  The Court being fully advised in the premises finds that Defendant David Hutchinson's Motion to Dismiss should be sustained.

      NOW THEREFORE, IT IS ORDERED that David Hutchinson's counterclaim is hereby dismissed, with prejudice, and each party is responsible for his or her or its own costs.

 DATED:  October 8, 2009

BY THE COURT:


**s/ Joseph F. Bataillon**
District Court Judge


Prepared By:

Christopher S. Bartling     Bar #23051
BARTLING & HINKLE, P.C.
5801 S. 58th Street, Suite B
Lincoln, NE 68516
(402) 421-1600
Attorney for Defendant David Hutchinson