# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CENTRAL MILLING, INC.** ) | |
| ) | |
| **Plaintiff,** ) | **ORDER FOR DISMISSAL** |
| **vs.** ) | |
| **DAVID HUTCHINSON, SUSAN** ) | |
| **HUTCHINSON, LEONARD MOSHER** ) | |
| **MOSHER PRODUCTS, INC., and** ) | |
| **SERVICE COMPANY OF AMERICA** ) | |
| ) | CIVIL ACTION |
| **Defendant.** ) | Case No. 8:08cv423 |
| ) | |
| ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss with Prejudice (Filing No. 71). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

Dated this 8th day of October, 2009

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Court Judge

Prepared and Submitted By:
W. Craig Howell, #20086
Derr and Howell, PC, LLO
11205 Wright Circle, Suite 210
Omaha, NE 68144
(402) 933-0070
(402) 933-0707 – Fax
wch@derrhowell.com